## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

MADELINE MICHELLE COBURN,              )
                                       )
         Plaintiff,              )
                                       )
    v.                               )          Case No. 4:19-cv-2705-DDN
                                       )
ANDREW M. SAUL, et al.,                )
                                       )
        Defendants.             )

### ORDER OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 17th day of March, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE